# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK JAMES CAPOZZI** : | |
| : | **CIVIL ACTION NO. 3:17-2152** |
| **Plaintiff** : | |
| : | **(MANNION, D.J.)** |
| v. : | **(CARLSON, M.J.)** |
| : | |
| **PENNSYLVANIA** : | |
| **UNEMPLOYMENT** : | |
| **COMPENSATION BOARD** : | |
| **OF REVIEW,** *et al.* : | |
| : | |
| **Defendants** : | |

# **O R D E R**

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the plaintiff's objections to the Report and Recommendation of Judge Carlson, (Doc. 8), are **OVERRULED**;

(2) the Report and Recommendation of Judge Carlson, (Doc. 5), is **ADOPTED IN ITS ENTIRETY**;

(3) the plaintiff's application to proceed *in forma pauperis*, (Doc. 7), is **GRANTED**;

(4) the plaintiff's complaint, (Doc. 1), is **DISMISSED**; and

(5) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 20, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2152-01-Order.docx